UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
PULATKHON MIRZAEV and GULOMRIZO
MUSTAFOKULOV,
                             Plaintiffs,

- against -

RYDER TRUCK RENTAL INC, PERFORMANCE
TEAM FREIGHT SYSTEMS, INC., MAERSK
WAREHOUSING & DISTRIBUTION SERVICES USA
LLC and TIMOTHY ELLERBE,

                             Defendants.
-----------------------------------------------------------------------x

**Civil Action No.:**

**NOTICE OF REMOVAL**

TO:   Yuriy Prakhin, Esq.
        LAW OFFICE OF YURIY PRAKHIN, P.C.
       *Attorney for Plaintiffs*
       **PULATKHON MIRZAEV and**
       **GULOMRIZO MUSTAFOKULOV**
       1883 86th St Fl 2,
       Brooklyn, NY 11214-3108
       (718) 528-5272

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. § 1441, defendants, RYDER TRUCK RENTAL INC., PERFORMANCE TEAM FREIGHT SYSTEMS, INC., MAERSK WAREHOUSING & DISTRIBUTION SERVICES USA LLC and TIMOTHY ELLERBE (hereinafter the "Removing Defendants"), hereby remove this action from the Supreme Court of the State of New York, County of Kings, to the United States District Court for the Eastern District of New York. The Removing Defendants appears solely for the purpose of removal and for no other purpose, reserving all other defenses available to them, and allege as follows:

1.    The defendant, RYDER TRUCK RENTAL INC., is a Florida corporation with its principal place of business within the State of Florida.

2.    RYDER TRUCK RENTAL INC. is a citizen of the State of Florida.

3.    The defendant, PERFORMANCE TEAM FREIGHT SYSTEMS, INC. is an

1

inactive corporation, which was incorporated in the State of California, and which last transacted business at 2240 E. Maple Ave, El Segundo, California 90245.

4. PERFORMANCE TEAM FREIGHT SYSTEMS, INC. was converted into Performance Team LLC which was subsequently renamed Maersk Warehousing & Distribution Services USA LLC, and as such is an inactive corporation. It was incorporated in the State of California.

5. PERFORMANCE TEAM FREIGHT SYSTEMS, INC. was a citizen of the State of California.

6. The defendant, MAERSK WAREHOUSING & DISTRIBUTION SERVICES USA LLC is limited liability company, and its sole member is Maersk Logistics & Services USA Inc. Maersk Logistics & Services USA Inc. is a Delaware corporation.

7. MAERSK WAREHOUSING & DISTRIBUTION SERVICES USA LLC is a citizen of the State of Delaware.

8. The defendant, TIMOTHY ELLERBE is a citizen of New Jersey and resides at 1000 Avalon Way, Old Bridge, New Jersey 08857.

9. Both Plaintiffs, PULATKHON MIRZAEV and GULOMRIZO MUSTAFOKULOV, are citizens of the State of New York. *See:* Summons & Complaint annexed hereto as **Exhibit "A," paragraphs 1 and 2.**

2. This Notice of Removal is being filed within thirty (30) days after receipt by the Removing Defendants of Plaintiffs' Response to Defendants' Demand for Damages, which states that "Plaintiffs' asks for the specific dollar amount of $5,000,000.00". A copy of the Plaintiffs' Response to Defendants' Combined Demands, which includes the Response to Demand for Damages and was received by Defendants' attorneys on April 18, 2025, is annexed hereto as

"**Exhibit B"**. $5,000,000 was demanded in Plaintiffs' Response to Demand for Damages. See Exhibit B.

3. As set forth for the first time by Plaintiffs in Plaintiffs' Response to Demand for Damages, they seek to recover damages in an amount in excess of $75,000.00 for personal injuries which allegedly occurred on or about the 31st day of May 2024. On that date, there was allegedly a collision involving the vehicle operated by Plaintiff PULATKHON MIRZAEV in which co-Plaintiff GULOMRIZO MUSTAFOKULOV was a passenger, which collided with a vehicle operated by TIMOTHY ELLERBE and allegedly owned by defendants, RYDER TRUCK RENTAL INC., PERFORMANCE TEAM FREIGHT SYSTEMS, INC., and MAERSK WAREHOUSING & DISTRIBUTION SERVICES USA LLC on the roadway near the intersection of East 10th Street and Caton Avenue, Brooklyn, Kings County, New York. *See* Summons and Complaint, annexed hereto as **Exhibit "A," paragraphs 45 to 52**.

4. Jurisdiction in the United States District Court is founded upon 28 U.S.C. § 1332(a) as there exists diversity of citizenship between the parties and the sum sought by the Plaintiffs exceeds $75,000.00.

5. Removing Defendants will promptly file a copy of this Notice of Removal in the Supreme Court of the State of New York, County of Kings, and will serve a copy of the same on the Plaintiffs in accordance with 28 U.S.C. § 1446(3).

WHEREFORE, Removing Defendants give notice that the above-captioned action commenced against it in the Supreme Court of the State of New York, County of Kings has been removed to the U.S. District Court, Eastern District of New York.

Dated: New York, New York
May 15, 2025

                                BY:   *s/Jyoti M. Halsband*
                                      Jyoti M. Halsband, Esq.

3

SOBEL PEVZNER, LLC
*Attorneys for Defendants*
**RYDER TRUCK RENTAL INC,
PERFORMANCE TEAM FREIGHT
SYSTEMS, INC., MAERSK
WAREHOUSING & DISTRIBUTION
SERVICES USA LLC and
TIMOTHY ELLERBE**
30 Vesey Street, 8th Floor
New York, New York 10007
(212) 216-0020

4